# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 NOV -9 P 1: 35
CLERK OF COURT

(Full name of plaintiff(s))

Deborah Burns

v.

(Full name of defendant(s))

United States of America et al

Case Number:

**20-C-1689**

(to be supplied by Clerk of Court)

A. **PARTIES**

1. Plaintiff is a citizen of __Texas__ and resides at
   (State)
   __P.O. Box 14348   Houston TX 77321__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __United States of America et al__
   (Name)
   is (if a person or private corporation) a citizen of __United States of America__

and (if a person) resides at __Milwaukee Wisconsin__ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __United States of America (Judicial Courts)__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Dea Employers in 1990 did violate civil rights with Dea Employees - Veteran Marine Raybourn Hendricks acted under the color of law as business-men to conspire to do business with other persons without Deborah Burns knowledge. The alledged charges of conspiracy to illegally deliver schedule II substance is false. When tested the substance is hydrogen chloride which is a cleaning substance. Used in industry to prevent

disease and most recently used to clean vital equiptment used in the current Pandemic to sterilize CoViD equipment used by Front Line HealthCare workers approved by (CDC) Center for Disease Control.

From Nov. 10, 1990 to Present - (93 9335) Superceeding indictment the defendants have maintain the illegal charges against Plaintiff Deborah Burns. A 10 year concurrent charge plus 5 years concurrent was imposed where Deborah Burns (myself) was subjected to cruelty and punishment and illegal incarceration. I have never received any compensation or restitution for the illegal act by the United States Judicial Courts. The courts profited me Deborah Burns without accurately knowing that I am a qualified Psychologist who only acts within the laws governing science and right to do business and conduct my freedom to do.

C. **JURISDICTION**

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 100,000,000

D. **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Award of money for loss of my freedom that Subjected me to illegal strip searches that were rape of me. The court should not allow the false charges of legal vital plants sii that are sources for health to maintain health and vital to maintaining a healthy enviroment and recyclables. Nor should Law enforcement agencies create false cases to force enslavement. Competent individuals (scientist, psychologist should not be placed in custody for the sake of lack of housing.



UNITES STATES FEDERAL DISTRICT COURT

MILWAUKEE, WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED Rec'd
2020 OCT 19 P 1: 16
CLERK OF COURT

SCANNED
OCT 19 2020
AND EMAILED

**COMPLAINT TO MAGISTRATE COURT**

RULE NEW EVIDENCE   Rule 12 FRCP

I, Deborah Burns file this complaint to correct and render the cases ( 90cr 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)

Also presenting new evidence regarding finding by the Department of Health (Corona Virus) Covid 19.

In view of this new evidence the Court is to issue order that all cases are to be set aside or rendered as a violation of the United States Constitution of America pursuant to as follows.   Rule 12 (FRCP)
Amendment 14 U.S.A Constitution- Denial of liberty under color of Law.

A. U.S. v. Delorean 561F. Supp 797 Entrapment as in each of the cases in this complaint.
B. The United States and its agencies had no jurisdiction for arrest on detainment of Deborah Burns based upon these cases of this file and new evidence regarding Hydrogen Chloride is a product used by the Department of Health authorized by CDC for cleaning health care workers in the current pandemic. It is the only known substance that is approved and there was no reason for the false arrest of Deborah Burns the petitioner of this complaint.
C. Judgement for Deborah Burns is established for the court to render a dismissal of all charges.

Submitted by

Deborah Burns

Date 10/13/2020

## STATEMENT OF JURISDICTION

### Diversity of citizenship

1. No two citizens must be of the same state. As previously stated, Deborah Burns is not a resident of Milwaukee, Wisconsin in the case 90-cr-198 and the superseding indictment of same case number, except docketed under different number. The district court of Milwaukee, Wisconsin failed diversity of citizenship for two reasons. 1a. Creating a case for false imprisonment where no statute exists is color of law for unlawful arrest. U.S. Title 18 Sec. 242. 2a. District Court of Milwaukee, Wisconsin failed to abide by Diversity of Citizenship, no party was a citizen of Milwaukee, Wisconsin for bring case against Deborah Burns.
2. The suit for over 75,000 and no corporate entity is citizen of Milwaukee, Wisconsin or has declared to be a resident or citizen of Milwaukee, Wisconsin.
3. Since this govern by Article 3 Sec. 2 of the U.S. A Constitution the jurisdiction for this case is now with the United States Supreme Court for Writ of Certiorari grant. The lower Court failed to acknowledge diversity of citizenship and did subject Deborah Burns to illegal imprisonment for the duration of 10 years and an illegal probation of 5years where the dame loss of freedom occurred and subjected to forced detainment. As well as forced disrobing to fulfill the notion of use of illegal substances where officer of Probation Department carried out this forced procedure illegally.